UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19-mj-06087-MPK |
| | ) | |
| TOBY MACFARLANE | ) | |
| | ) | |

## MOTION TO CONTINUE INITIAL APPEARANCE TO APRIL 3, 2019

Now comes the Defendant Toby MacFarlane, by and through undersigned counsel, and

hereby respectfully moves this Honorable Court for an Order continuing his Initial Appearance

(presently scheduled for March 29, 2019 at 2:00 p.m.) to April 3, 2019.

**WHEREFORE**, the defendant respectfully requests the instant request be granted.

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

The Government has informed the defense that it takes no position on this request.

Respectfully Submitted,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

Dated: March 22, 2019

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, March 22, 2019, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.