UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19-mj-06087-MPK |
| | ) | |
| TOBY MACFARLANE | ) | |
| | ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE INITIAL APPEARANCE TO APRIL 3, 2019

Now comes the Defendant Toby MacFarlane, by and through undersigned counsel, and hereby respectfully submits this memorandum in support of his Motion to Continue Initial Appearance to April 3, 2019, Dkt. 140.

Mr. MacFarlane's Initial Appearance is presently scheduled for March 29, 2019 at 2:00 p.m., Dkt. 67.  Mr. MacFarlane's lead counsel, Ted W. Cassman and Raphael M. Goldman, reside in California and are not available to appear before this Honorable Court on the presently scheduled date due to other commitments.  Furthermore, Mr. MacFarlane has a hearing scheduled on March 26, 2019, before the United States District Court for the Southern District of California, *United States v. MacFarlane*, 19-mj-01021.  Accordingly, the defense respectfully requests this Honorable Court to allow its Motion and to continue Mr. MacFarlane's Initial Appearance to April 3, 2019.

Respectfully Submitted,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
menemtsev@gmail.com

Dated: March 23, 2019

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, March 23, 2019, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.